**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

THE DOOR, *et al.*

Plaintiffs,

v.

JOSEPH B. EDLOW, DIRECTOR, USCIS, *et al.*

Defendant.

Civil Action No. 8:26-cv-04326-BAH

**STATUS REPORT**

Defendants, by and through undersigned counsel, and pursuant to the Court's October 30, 2026 Order ("the Order"), at ECF No. 54, file this Status Report, and state in support as follows:

1. On October 31, 2026, Defendant USCIS sent implementing guidance via email directing all Asylum Division staff to immediately comply with the language of the Order.

2. Defendant USCIS is assessing a number of its public-facing websites to determine whether references to the Court's Order are appropriate.

3. Defendant will continue to provide updates to the Court and Plaintiffs as they arise.

Dated: November 2, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Dayna Kipnis*
Dayna Kipnis, Bar number: 13673
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
Dayna.Kipnis2@usdoj.gov
(410) 209-4800

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2026, I caused a copy of the forgoing to be served upon all registered parties through CM/ECF.

Dated: November 2, 2026

_____/s_________________________
Dayna Kipnis
Assistant United States Attorney