**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

THE DOOR, *et al.*,

Plaintiffs,

vs.

Joseph B. EDLOW, *et al.,*

Defendants.

Case No. 8:26-cv-04326-BAH

**NOTICE OF MOTION TO SET BRIEFING SCHEDULE AND EXTEND TEMPORARY RESTRAINING ORDER**

Plaintiffs, through counsel, move this Court to enter a briefing schedule for Plaintiffs' preliminary injunction motion and extend the temporary restraining order ("TRO"), as set forth below and for the reasons set forth in the accompanying Motion to Set Briefing Schedule and Extend Temporary Restraining Order. Plaintiffs, who are legal service providers across the country, seek to prevent irreparable harm to themselves and their unaccompanied child clients by staying, until such time as the Court rules on Plaintiffs' preliminary injunction, policies implemented by Defendant United States Citizenship and Immigration Services ("USCIS") that restrict Plaintiffs from meaningfully representing their clients before USCIS's Asylum Office and prevent Plaintiffs' unaccompanied child clients from accessing the protections guaranteed by the Trafficking Victims Protection Reauthorization Act ("TVPRA") and the Immigration and Nationality Act ("INA").

On October 30, 2026, the Court entered a TRO staying Defendants' policies that impair Plaintiffs' ability to provide meaningful representation to vulnerable children in the immigration system. Currently, the TRO shall expire on November 13, 2026. The TRO stays the offending policies and reinstates USCIS's prior policies of providing at least 21 days' notice prior to an asylum interview and allowing applicants to reschedule interviews once as a matter of course and again for good cause, taking into consideration several factors.

Plaintiffs seek to extend the TRO until the parties can brief and the Court rule on Plaintiffs' impending motion for a preliminary injunction. Plaintiffs' also request that the Court enter a briefing schedule for the preliminary injunction motion and Defendants' opposition that will allow the Court to issue a ruling based on full briefing by the Parties.

The requested relief is warranted because the grounds for the TRO continue to exist, and because additional time is needed for the parties to present argument and the Court to rule on a preliminary injunction. The Court has already found that Defendants' policies are causing Plaintiffs and their child clients irreparable injury, that Plaintiffs are likely to show Defendants' policies are arbitrary and capricious and contrary to law in violation of the Administrative Procedure Act, and that the balance of hardships and the public interest both favor restoring the status quo.

WHEREFORE, Plaintiffs request that the Court enter an Order:

1. Extending the existing Temporary Restraining Order until such time as the Court issues a ruling on Plaintiffs' motion for preliminary injunction; and
2. Entering a briefing schedule whereby Plaintiffs will file a motion for preliminary injunction no later than November 12, 2026; Defendants will file an opposition no

later than November 23, 2026; Plaintiffs will file a reply no later than November 30, 2026.

Dated: November 4, 2026

Respectfully submitted,

TRIAL IMPACT PROJECT

/s/*Sara Haji*
Sara Haji, *pro hac vice*
Marjorie J. Menza, *pro hac vice*
523 W. 6th Street, Suite 450
Los Angeles, CA 90014
Telephone: (213) 542-5241
shaji@trialimpact.org
mmenza@trialimpact.org

NATIONAL IMMIGRATION LAW CENTER

*/s/ Kevin Siegel*
Kevin Siegel, *pro hac vice*
Farah Khan
P.O. Box 34573
Washington, DC 20043
Telephone: (202) 216-0261
Fax: (202) 216-0266
siegel@nilc.org
khan@nilc.org

NATIONAL CENTER FOR YOUTH LAW

*/s/ Mishan Wroe*
Mishan Wroe, *pro hac vice*
Diane de Gramont, *pro hac vice*
Neha Desai, *pro hac vice*
428 13th Street, Floor 5
Oakland, CA 94612
Telephone: 510.920.8098
mwroe@youthlaw.org
ddegramont@youthlaw.org
ndesai@youthlaw.org

CENTER FOR GENDER & REFUGEE STUDIES

*/s/ Melissa Crow*
Melissa Crow (Bar No. 15622)
1901 Pennsylvania Avenue, NW
Suite 900, PMB 228
Washington, DC 20006
Telephone: (202) 355-4471
crowmelissa@uclawsf.edu

*/s/ Robert Pauw*
Robert Pauw, *pro hac vice* motion pending
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Telephone: (206) 682-1080
rpauw@ghp-law.net

NATIONAL IMMIGRATION LAW CENTER

*/s/Lynn Damiano Pearson*
Lynn Damiano Pearson, *pro hac vice*
Hannah K. Comstock, *pro hac vice*
3450 Wilshire Blvd. #108 – 62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911
damianopearson@nilc.org
Comstock@nilc.org