**UNITED STATES DISTRICT COURT**

**DISTRICT OF MARYLAND**

**GREENBELT DIVISION**

THE DOOR, *et al*;

Plaintiffs,

vs.

Joseph EDLOW, *et al*,

Defendants.

Case No. 8:26-CV-04326-BAH

**DECLARATION OF SARA HAJI IN SUPPORT OF PLAINTIFFS' MOTION TO SET BRIEFING SCHEDULE AND EXTEND TEMPORARY RESTRAINING ORDER**

*Filed with Notice of Motion, Memorandum of Law, Proposed Order, and Exhibits*

DECLARATION OF SARA HAJI

I, Sara Haji, declare as follows:

1. I am an attorney duly licensed to practice before this Court. I am the Executive Director of Trial Impact Project and counsel of record in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. In email correspondence, Defendants have declined to respond to Plaintiffs' proposed briefing schedule on the forthcoming motion for preliminary injunction, instead stating they would prefer to "see how the motion for reconsideration will play out before agreeing to [a] briefing schedule." A true and correct copy of the email correspondence memorializing my efforts to meet and confer with counsel for Defendants is attached hereto as **Exhibit A.**

3. As of this submission, Plaintiffs' counsel have received 11 requests or reports of asylum officers either denying attempts or requiring exceptional circumstances to reschedule asylum interviews as a matter of course after the Court's October 30, 2026 Order.

4. Providers reported receiving mixed messages from USCIS regarding its position on or compliance with the Court's TRO, from officers in Los Angeles, Chicago, Newark, Tampa Bay, and Boston.

5. On November 4, 2026 alone, Plaintiffs' counsel received six such reports or requests for assistance, along with descriptions of officers' failure to comply with the Court's Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of November, 2026, at Los Angeles, CA.

*/s/ Sara Haji*
Sara Haji