Outlook

## RE: Preliminary Injunction: The Door et al v. Edlow, 26-04326-BAH

**From** Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>
**Date** Wed 2026-11-04 6:55 AM
**To** Sara Haji <shaji@trialimpact.org>
**Cc** Marjorie Menza <mmenza@trialimpact.org>; Crow, Melissa <crowmelissa@uclawsf.edu>; Lynn Damiano Pearson <damianopearson@nilc.org>; Mishan Wroe <mwroe@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Kevin Siegel <siegel@nilc.org>; Hannah Comstock <Comstock@nilc.org>

Hi Sara:

Defendants want to see how the motion for reconsideration will play out before agreeing to briefing schedule. I believe we will be in a position to do so after tomorrow's status conference.

Thank you

Dayna Kipnis
Assistant United States Attorney
**U.S. Attorney's Office, District of Maryland**
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4908

---

**From:** Sara Haji <shaji@trialimpact.org>
**Sent:** Tuesday, November 3, 2026 5:58 PM
**To:** Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Crow, Melissa <crowmelissa@uclawsf.edu>; Lynn Damiano Pearson <damianopearson@nilc.org>; Mishan Wroe <mwroe@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Kevin Siegel <siegel@nilc.org>; Hannah Comstock <Comstock@nilc.org>
**Subject:** [EXTERNAL] Re: Preliminary Injunction: The Door et al v. Edlow, 26-04326-BAH

Hi Dayna,

We haven't received your response to our proposed briefing schedule on the preliminary injunction motion, so I am writing with an alternative schedule that allows the Parties to orderly brief Defendants' motion for reconsideration and Plaintiffs' forthcoming motion for expedited discovery. To account for the additional briefing and still allow full briefing on the preliminary injunction motion, we've slightly adjusted the proposed schedule:

- Motion for preliminary injunction: November 12
- Opposition to motion: November 23
- Reply in support of motion: November 30

As before, to accommodate the briefing schedule, the parties will have to simultaneously ask the Court to extend the TRO pending decision on the preliminary injunction motion. We would also request 35

pages for the moving and opposition briefs and 20 pages for reply. Please let me know by **tomorrow (Wednesday) morning** if Defendants are amenable to this schedule.

Thanks,
Sara

**Sara Haji** (she/her)
**Executive Director**
(213) 259-2501
www.trialimpact.org

This message is sent by a law firm and may contain privileged or confidential information. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments.

---

**From:** Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>
**Sent:** Tuesday, November 03, 2026 7:31 AM
**To:** Sara Haji <shaji@trialimpact.org>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Crow, Melissa <crowmelissa@uclawsf.edu>; Lynn Damiano Pearson <damianopearson@nilc.org>; Mishan Wroe <mwroe@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Kevin Siegel <siegel@nilc.org>; Hannah Comstock <Comstock@nilc.org>
**Subject:** RE: Preliminary Injunction: The Door et al v. Edlow, 26-04326-BAH

Dear Sarah:

USCIS/DHS does not interpret the court’s order (which is limited in scope to UAC asylum processing) as requiring changes to the website language. However, the updated language for those 2 websites that was circulated over the weekend and is now with the USCIS DO for clearance. It is not guaranteed that any updates will publish before noon EST.

Dayna Kipnis

Assistant United States Attorney

**U.S. Attorney’s Office, District of Maryland**

36 South Charles Street, 4th Floor

Baltimore, Maryland 21201

(410) 209-4908

**From:** Sara Haji <shaji@trialimpact.org>
**Sent:** Monday, November 2, 2026 7:41 PM
**To:** Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Crow, Melissa <crowmelissa@uclawsf.edu>; Lynn Damiano Pearson <damianopearson@nilc.org>; Mishan Wroe <mwroe@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Kevin Siegel <siegel@nilc.org>; Hannah Comstock <Comstock@nilc.org>
**Subject:** [EXTERNAL] Re: Preliminary Injunction: The Door et al v. Edlow, 26-04326-BAH

Dayna,

Can you please clarify whether your Updated Status Report (ECF 56) fully supplants your original Status Report (ECF 55)? If so, does this mean that USCIS will not assess its public-facing websites to ensure compliance with the Court's order? As my previous email noted, USCIS has not taken down the Exceptional Circumstances Policy from its website here and here. We believe compliance with the Court's Order staying the policy requires the policy's publication on the website to be removed.

Please let us know when the USCIS website will be updated. If we don't hear from you by 12 pm ET tomorrow, November 3, we will take appropriate action with the Court.

Best,

Sara

**Sara Haji** (she/her)

**Executive Director**

(213) 259-2501

www.trialimpact.org

This message is sent by a law firm and may contain privileged or confidential information. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments.

---

**From:** Sara Haji <shaji@trialimpact.org>
**Sent:** Monday, November 2, 2026 11:33 AM

**To:** Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Crow, Melissa <crowmelissa@uclawsf.edu>; Lynn Damiano Pearson <damianopearson@nilc.org>; Mishan Wroe <mwroe@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Kevin Siegel <siegel@nilc.org>; Hannah Comstock <Comstock@nilc.org>
**Subject:** Re: Preliminary Injunction: The Door et al v. Edlow, 26-04326-BAH

Thanks Dayna. We look forward to hearing back from you tomorrow.

In addition, the Court's TRO required a status report from Defendants within 48 hours of the Court's order describing all steps Defendants have taken to comply with the order. Under FRCP 6(a)(2), that status update was due at 12:53 pm today. Can you please let us know as soon as possible when Defendants will file their status report? We are particularly concerned that the Exceptional Circumstances policy still appears as an active alert on the USCIS website in violation of the TRO staying this policy.

**Sara Haji**

**Executive Director**

Trial Impact Project

(213) 259-2501

TRIAL IMPACT PROJECT

This message is sent by a law firm and may contain privileged or confidential information. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments.

---

**From:** Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>
**Sent:** Monday, 02 November 2026 11:14:35
**To:** Sara Haji <shaji@trialimpact.org>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Crow, Melissa <crowmelissa@uclawsf.edu>; Lynn Damiano Pearson <damianopearson@nilc.org>; Mishan Wroe <mwroe@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Kevin Siegel <siegel@nilc.org>; Hannah Comstock <Comstock@nilc.org>
**Subject:** RE: Preliminary Injunction: The Door et al v. Edlow, 26-04326-BAH

Hi Sara:

Thank you for reaching out. Your dates sound reasonable but I need to find out from my leadership who will be taking the helm on this matter. Is it OK if I get back to you tomorrow?

Thanks,

Dayna Kipnis

Assistant United States Attorney

**U.S. Attorney's Office, District of Maryland**

36 South Charles Street, 4th Floor

Baltimore, Maryland 21201

(410) 209-4908

---

**From:** Sara Haji <shaji@trialimpact.org>
**Sent:** Monday, November 2, 2026 10:25 AM
**To:** Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Crow, Melissa <crowmelissa@uclawsf.edu>; Lynn Damiano Pearson <damianopearson@nilc.org>; Mishan Wroe <mwroe@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Kevin Siegel <siegel@nilc.org>; Hannah Comstock <Comstock@nilc.org>
**Subject:** [EXTERNAL] Preliminary Injunction: The Door et al v. Edlow, 26-04326-BAH

Good morning, Dayna,

Plaintiffs intend to move for a preliminary injunction within the TRO period. To allow for full briefing on the preliminary injunction, we propose that the Parties jointly ask the Court to enter the following briefing schedule:

- Motion for preliminary injunction: Nov. 9
- Defendants' opposition: Nov. 18
- Plaintiffs' reply: Nov. 25

- Hearing the week of Nov. 30

To accommodate the briefing schedule, we will have to simultaneously ask the Court to extend the TRO pending decision on the preliminary injunction motion. We would also request 35 pages for the moving and opposition briefs and 20 pages for reply. If Defendants are amenable to this approach, please let me know your availability for a hearing the week of November 30. I'm also available to discuss by phone before 1 pm PT/4 pm ET, if you'd like.

Best,

Sara

**Sara Haji** (she/her)
**Executive Director**

(213) 259-2501

shaji@trialimpact.org

*New name, same mission:*

*Social Justice Legal Foundation is now the* ***Trial Impact Project***.

This message is sent by a law firm and may contain privileged or confidential information. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments.