**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE DOOR, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, DIRECTOR, USCIS, *et al.*<br><br>Defendant. | Civil Action No. 8:26-cv-04326-BAH |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's November 6, 2026 Order (ECF No. 63), Defendant, through their undersigned counsel, submits this Status Report to advise the Court of the steps Defendant United States Citizenship and Immigration Services ("USCIS") will take to remediate its non-compliance with the Temporary Restraining Order ("TRO") (ECF No. 54) from 12:00 p.m. on October 30, 2026, through 5:00 p.m. on November 5, 2026 ("TRO Noncompliance Period").[1]

1. Asylum offices have updated all template response language for unaccompanied children (UACs) reschedule requests to remove "exceptional circumstances" language and include language from the TRO.

2. USCIS will expedite clearance of notices, which will allow USCIS to provide a response to requests to reschedule prior to the interview. As required by the TRO, if an attorney requests to reschedule on the day of the interview, the asylum office will grant the request if it is the UAC's first interview reschedule request and, if not an initial request, perform an evaluation

[1] The parties were unable to agree on the language to include in a Joint Status Report prior to the Court's filing deadline.

of whether good cause exists to reschedule the interview as expeditiously as circumstances permit.

3. USCIS will review failure to appear notices issued between noon October 30, 2026, and 5:00 p.m. on November 5, 2026. If USCIS identifies any cases, USCIS will determine whether it is appropriate to reschedule the interview to comply with the TRO.

4. USCIS will review denials issued between noon October 30, 2026, and 5:00 p.m. on November 5, 2026, where USCIS conducted an interview for a case in which a reschedule request was pending or denied to evaluate whether the reschedule request was grantable under the terms of the TRO. If USCIS identifies any cases, and the reschedule request was grantable, USCIS will evaluate the record, including whether the eligibility claim(s) on the Form I-589 establish a prima facie case for a grant of asylum, and determine whether there is a reasonable possibility that providing an additional interview would change the result of USCIS's adjudication. If so, USCIS will issue a notice rescheduling the asylum interview.

5. USCIS is updating internal guidance and template notices to help ensure compliance with this TRO. USCIS will provide additional instructions to asylum office staff with updated guidance and procedures consistent with the TRO. USCIS is updating templated language in reschedule notices to ensure compliance with this TRO.

6. Plaintiffs will send USCIS the client names, A numbers, and asylum office for their clients who requested rescheduling between noon October 30, 2026, and 5:00 p.m. on November 5, 2026, and whose requests were not responded to, denied for lack of exceptional circumstances, or otherwise not acted on in accordance with this TRO. USCIS will provide this list to each relevant asylum office and direct the office to adjudicate the reschedule requests pursuant to the terms of this TRO.

7. USCIS is compiling a list of all potential unaccompanied children who, between 12:00 p.m. on October 30, 2026 through 5:00 p.m. on November 5, 2026 requested that their interview be rescheduled and whose requests were either denied or not responded. The asylum offices will reschedule these interviews, if any, pursuant to a request that was grantable under the terms of the TRO and provide the information to the plaintiffs and this court.

Dated: November 6, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Dayna Kipnis*

Dayna Kipnis, Bar number: 13673
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
Dayna.Kipnis2@usdoj.gov
(410) 209-4800

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November, 2026, I caused a copy of the forgoing to be served upon all registered parties through CM/ECF.

Dated: November 6, 2026

_____/s________________________
Dayna Kipnis
Assistant United States Attorney