**UNITED STATES DISTRICT COURT**

**DISTRICT OF MARYLAND**

**GREENBELT DIVISION**

| | |
|---|---|
| THE DOOR, *et al*;<br><br>Plaintiffs,<br>vs.<br><br>Joseph EDLOW, *et al*,<br><br>Defendants. | Case No. 8:26-CV-04326-BAH<br><br>**DECLARATION OF SARA HAJI REGARDING PLAINTIFFS' PROPOSED REMEDY TO ADDRESS DEFENDANTS' NONCOMPLIANCE WITH TRO** |

**DECLARATION OF SARA HAJI**

1. I, Sara Haji, make the following statements on behalf of myself and as counsel in the above-captioned matter. I certify under penalty of perjury that the following statement is true and correct.

2. I am over the age of 18 years old and make this declaration based upon my personal knowledge and experience. If called to do so, I could and would competently testify to these matters under oath.

3. I am Executive Director of Trial Impact Project and counsel of record in the above-captioned matter.

4. Immediately after the hearing on November 5, 2026, counsel for Defendants informed my co-counsel, Melissa Crow, that they would draft an initial proposal by which USCIS would remedy its non-compliance with the Court's temporary restraining order in this case.

5. On November 5, 2026 at 4:54 P.M. EST, I received an email from Defendants' counsel in this matter outlining a proposed remedy for Defendants' non-compliance with the Court's temporary restraining order in this case. Ms. Kipnis stated that when she received requested

information from USCIS she would draft a Joint Status Report for review by Plaintiffs' counsel. A true and correct copy of this correspondence is attached as **Exhibit 1.**

6. At 5:13 P.M. EST, I responded to Ms. Kipnis's email to clarify Plaintiffs' position on the parameters of the proposed remedy. *Id*.

7. On November 6, 2026, at 10:55 A.M. EST, my co-counsel Ms. Crow emailed Ms. Kipnis asking when Plaintiffs could expect to receive a proposal from Defendants. *Id.* Ms. Kipnis said that she was waiting on a response from USCIS. *Id.* I therefore emailed Ms. Kipnis Plaintiffs' position regarding any proposed remedy at 12:11 P.M. EST. *See* Ex. 1.

8. At 3:01 P.M. EST, I received a draft joint status report from Ms. Kipnis. Along with co-counsel, I prepared redlines to the draft report and was preparing to share those redlines with Ms. Kipnis at approximately 4:00 P.M. EST. Plaintiffs' proposed redlines are attached as **Exhibit 2.**

9. While Plaintiffs' counsel worked to redline the proposed draft, at 4:15 P.M. EST, Ms. Kipnis sent an entirely new version of the joint status report which differed significantly from the original draft. Plaintiffs' counsel worked quickly to review the new draft and determined we could not agree to the proposed remedy.

10. As a result, and given the late hour at which Defendants sent an entirely new proposal, we informed Ms. Kipnis we would submit our redline version of Defendants' initial draft as our proposed remedy. Ms. Kipnis agreed that the parties should file separate proposals.

11. Since the hearing on November 5 at 3 P.M. EST, Plaintiffs' counsel have continued to receive emails—including multiple today, November 6—from attorneys reporting a lack of timely response from USCIS to requests to reschedule imminent interviews. Multiple attorneys informed Plaintiffs' counsel that they were told by USCIS that they had to wait for a written decision on their rescheduling request in the mail, even when the interview was imminent.

12. Plaintiffs' proposed order, attached as **Exhibit 3**, attempts to remedy the full range of USCIS's noncompliance that has been reported over the last week.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of November, 2026, at Los Angeles, California.

*/s/ Sara Haji*
Sara Haji