**Kipnis, Dayna (USAMD)** Outlook

**From:** Kipnis, Dayna (USAMD)

**Sent:** Friday, November 6, 2026 2:28 PM

**To:** Sara Haji; Crow, Melissa

**Cc:** Marjorie Menza; Mishan Wroe; Diane de Gramont; Lynn Damiano Pearson; Hannah Comstock; Kevin Siegel

**Subject:** RE: [The Door v. Edlow] TRO Noncompliance

Dear Counsel:

USCIS does not agree to the proposed edits. I think it's best at this juncture for each party to file their own status report as you suggested below and to let the Court decide.

Thank you,

Dayna Kipnis

Assistant United States Attorney

**U.S. Attorney's Office, District of Maryland**

36 South Charles Street, 4th Floor

Baltimore, Maryland 21201

(410) 209-4908

---

**From:** Kipnis, Dayna (USAMD)
**Sent:** Friday, November 6, 2026 5:07 PM
**To:** Sara Haji <shaji@trialimpact.org>; Crow, Melissa <crowmelissa@uclawsf.edu>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Mishan Wroe <mwroe@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Lynn Damiano Pearson <damianopearson@nilc.org>; Hannah

Comstock <Comstock@nilc.org>; Kevin Siegel <siegel@nilc.org>
**Subject:** RE: [The Door v. Edlow] TRO Noncompliance

I will forward it on right now. Please stand by

Dayna Kipnis

Assistant United States Attorney

**U.S. Attorney's Office, District of Maryland**

36 South Charles Street, 4th Floor

Baltimore, Maryland 21201

(410) 209-4908

---

**From:** Sara Haji <shaji@trialimpact.org>
**Sent:** Friday, November 6, 2026 5:01 PM
**To:** Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>; Crow, Melissa <crowmelissa@uclawsf.edu>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Mishan Wroe <mwroe@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Lynn Damiano Pearson <damianopearson@nilc.org>; Hannah Comstock <Comstock@nilc.org>; Kevin Siegel <siegel@nilc.org>
**Subject:** [EXTERNAL] Re: [The Door v. Edlow] TRO Noncompliance

Dayna,

Although the Court has approved the extension, Plaintiffs take issue with and have questions about too much of USCIS's latest redrafted proposal to make even the 6 pm deadline feasible at this point. We recommend that the Parties file their separate proposals with the Court. Plaintiffs plan to file the redlined version of your original proposal with the Court as the proposed remedy. I attach it here, in the event that your client wishes to quickly review and accept these changes.

Best,

Sara

**Sara Haji** (she/her)

**Executive Director**
(213) 259-2501

www.trialimpact.org

This message is sent by a law firm and may contain privileged or confidential information. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments.

---

**From:** Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>
**Sent:** Friday, November 6, 2026 1:15 PM
**To:** Sara Haji <shaji@trialimpact.org>; Crow, Melissa <crowmelissa@uclawsf.edu>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Mishan Wroe <mwroe@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Lynn Damiano Pearson <damianopearson@nilc.org>; Hannah Comstock <Comstock@nilc.org>; Kevin Siegel <siegel@nilc.org>
**Subject:** RE: [The Door v. Edlow] TRO Noncompliance

Counsel:

Attached is the draft status report approved by USCIS.  I highlighted the changed language which is basically everything.

This has to be filed in 46 minutes so please respond ASAP.

Dayna Kipnis

Assistant United States Attorney

**U.S. Attorney's Office, District of Maryland**

36 South Charles Street, 4th Floor

Baltimore, Maryland 21201

(410) 209-4908

---

**From:** Kipnis, Dayna (USAMD)
**Sent:** Friday, November 6, 2026 3:01 PM
**To:** Sara Haji <shaji@trialimpact.org>; Crow, Melissa <crowmelissa@uclawsf.edu>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Mishan Wroe <mwroe@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Lynn Damiano Pearson <damianopearson@nilc.org>; Hannah Comstock <Comstock@nilc.org>; Kevin Siegel <siegel@nilc.org>
**Subject:** RE: [The Door v. Edlow] TRO Noncompliance
**Importance:** High

Counsel:

Attached please find the draft joint status report.

Please provide me with your feedback ASAP so that I can review it with my client before it gets filed.

Dayna Kipnis

Assistant United States Attorney

**U.S. Attorney's Office, District of Maryland**

36 South Charles Street, 4th Floor

Baltimore, Maryland 21201

(410) 209-4908

**From:** Sara Haji <shaji@trialimpact.org>
**Sent:** Friday, November 6, 2026 12:11 PM
**To:** Crow, Melissa <crowmelissa@uclawsf.edu>; Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Mishan Wroe <mwroe@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Lynn Damiano Pearson <damianopearson@nilc.org>; Hannah Comstock <Comstock@nilc.org>; Kevin Siegel <siegel@nilc.org>
**Subject:** [EXTERNAL] Re: [The Door v. Edlow] TRO Noncompliance

Dayna,

We continue to hear of concerning instances of non-compliance with the TRO and non-responsiveness to requests to reschedule. Attorneys in Tampa and Chicago reported to us that as recently as yesterday, Nov. 5, they had to show up in person at the asylum office to request to reschedule because USCIS failed to respond to their prior rescheduling requests. Even after they showed up in person, they had to wait to speak to multiple asylum officers. The Tampa interviews were finally rescheduled after the attorney waited for 6 hours in the office. The Chicago office did not provide a decision on the reschedule request, and the attorney is now concerned her client may receive a failure to appear. This state of affairs is unacceptable.

I understand you are waiting on USCIS's response before sending a draft status report for our review. Any remedy the Parties propose to the Court must include the following:

- USCIS will notify each asylum office of the Court's order and ensure that all auto-response templates are updated to remove the exceptional circumstances policy. USCIS will ensure its asylum offices respond to requests to reschedule under the TRO within 24 hours. If an attorney requests to reschedule on the day of the interview, asylum officers will be instructed to grant the request if eligible under the TRO without requiring multiple levels of supervisory review.

- If an applicant received a failure to appear because of a denial of a reschedule request made consistent with the TRO, USCIS will immediately vacate the failure to appear and reach out to the affected applicant and their counsel to offer a new interview date.

- If an applicant proceeded with an interview after their reschedule request was denied or USCIS refused to decide it before the interview, USCIS will rescind any referral to EOIR resulting from that interview and offer a new interview. If USCIS plans to issue a referral, it will not issue the referral and will instead offer a new interview.

To aid USCIS's identification of affected applicants:

- Plaintiffs will send USCIS the client names,  A numbers, and asylum office for their clients who requested rescheduling during the noncompliance period and whose requests were not responded to, denied for lack of exceptional circumstances, or otherwise not acted on in

accordance with the Court's TRO & stay. USCIS will provide this list to each relevant asylum office and direct the office to reach out to reschedule with Plaintiffs.

- USCIS will create or provide an email address to process these and other remedy requests, as well as any future noncompliance notifications, from Plaintiffs or others affected by the TRO/stay.

- USCIS will instruct each asylum office to search its email, phone logs, or any other record of communications for messages that failed to comply with the TRO by citing exceptional circumstances or denying matter-of-course or good-cause rescheduling, as appropriate, or by failing to respond to rescheduling requests altogether. Each asylum office will compile that list and inform USCIS of the number of interviews affected during the Noncompliance Period and when the office has rescheduled all affected interviews. USCIS will provide the same information to Plaintiffs.

After identifying affected applicants through the means above, USCIS will affirmatively reach out to the affected attorneys and applicants to offer to reschedule.

I'm available to discuss by phone, if helpful.

Best,

Sara

**Sara Haji** (she/her)

**Executive Director**
(213) 259-2501

www.trialimpact.org

This message is sent by a law firm and may contain privileged or confidential information. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments.

---

**From:** Crow, Melissa <crowmelissa@uclawsf.edu>
**Sent:** Friday, November 6, 2026 7:58 AM
**To:** Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>; Sara Haji <shaji@trialimpact.org>

**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Mishan Wroe <mwroe@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Lynn Damiano Pearson <damianopearson@nilc.org>; Hannah Comstock <Comstock@nilc.org>; Kevin Siegel <siegel@nilc.org>
**Subject:** RE: [The Door v. Edlow] TRO NonHi, Dayna. Just checking in to make sure we are on the same page regarding the data needed from USCIS. As Sara explained, applicants should be able to reschedule regardless of the length of notice they receive...

Thank you.

**Melissa Crow** | she/her
**Director of Litigation**

Center for Gender & Refugee Studies
crowmelissa@uclawsf.edu | (202) 355-4471

---

**From:** Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>
**Sent:** Friday, November 6, 2026 10:58 AM
**To:** Crow, Melissa <crowmelissa@uclawsf.edu>; Sara Haji <shaji@trialimpact.org>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Mishan Wroe <mwroe@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Lynn Damiano Pearson <damianopearson@nilc.org>; Hannah Comstock <Comstock@nilc.org>; Kevin Siegel <siegel@nilc.org>
**Subject:** RE: [The Door v. Edlow] TRO NonHi, Dayna. Just checking in to make sure we are on the same page regarding the data needed from USCIS. As Sara explained, applicants should be able to reschedule regardless of the length of notice they receive...

We are on the same page. I am waiting for USCIS to advise me on a possible timeline for when they can accomplish compliance for this limited period, then I will send over to you the draft status report.

Dayna Kipnis

Assistant United States Attorney

**U.S. Attorney's Office, District of Maryland**

36 South Charles Street, 4th Floor

Baltimore, Maryland 21201

(410) 209-4908

---

**From:** Crow, Melissa <crowmelissa@uclawsf.edu>
**Sent:** Friday, November 6, 2026 10:55 AM
**To:** Sara Haji <shaji@trialimpact.org>; Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Mishan Wroe <mwroe@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Lynn Damiano Pearson <damianopearson@nilc.org>; Hannah Comstock <Comstock@nilc.org>; Kevin Siegel <siegel@nilc.org>
**Subject:** [EXTERNAL] RE: [The Door v. Edlow] TRO NonHi, Dayna. Just checking in to make sure we are on the same page regarding the data needed from USCIS. As Sara explained, applicants should be able to reschedule regardless of the length of notice they receive...

Hi, Dayna. Just checking in to make sure we are on the same page regarding the data needed from USCIS. As Sara explained, applicants should be able to reschedule regardless of the length of notice they received. Apologies for not realizing this when we spoke yesterday.

Please let us know when we can expect your proposal. If you would like to discuss further, you can reach me at the number below. Best, Melissa

**Melissa Crow** | she/her
**Director of Litigation**

**Center for Gender & Refugee Studies**
crowmelissa@uclawsf.edu | (202) 355-4471

---

**From:** Sara Haji <shaji@trialimpact.org>
**Sent:** Thursday, November 5, 2026 5:13 PM
**To:** Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Mishan Wroe <mwroe@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Crow, Melissa <crowmelissa@uclawsf.edu>; Lynn Damiano Pearson <damianopearson@nilc.org>; Hannah Comstock <Comstock@nilc.org>; Kevin Siegel <siegel@nilc.org>
**Subject:** Re: [The Door v. Edlow] TRO Noncompliance

Dayna,

That formulation for USCIS's data collection won't address the issue. USCIS should collect data for all unaccompanied children who had asylum interviews in that time period (12 pm on October 30 through 5 pm on November 5) who requested that their interview be rescheduled and whose requests were either denied or not responded to. The parameters should not include the amount of notice they received because whether or not they received 21 days' notice, they were entitled to reschedule as of right or for good cause. Let me know if you have questions about this, or feel free to give me a call at the number in my signature below.

We will work with Plaintiffs to collect a list of clients who fall within that category, as well. When you talk to USCIS, can you also please request an email address that others (non-Plaintiffs) can use to report that their unaccompanied child clients were affected by non-compliance between last Friday and today?

Thanks,

Sara

**Sara Haji** (she/her)

**Executive Director**
(213) 259-2501

www.trialimpact.org

This message is sent by a law firm and may contain privileged or confidential information. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments.

---

**From:** Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>
**Sent:** Thursday, November 5, 2026 1:54 PM
**To:** Sara Haji <shaji@trialimpact.org>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Mishan Wroe <mwroe@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Crow, Melissa <crowmelissa@uclawsf.edu>; Lynn Damiano Pearson <damianopearson@nilc.org>; Hannah Comstock <Comstock@nilc.org>; Kevin Siegel <siegel@nilc.org>
**Subject:** RE: [The Door v. Edlow] TRO Noncompliance

Counsel:

Pursuant to the Judge's instructions from the bench today, we need to prepare a joint status report to be filed by COB tomorrow outlining how non-compliance with the TRO from 12:00pm October 30, 2026 through 5:00p.m. November 11, 2026 will be remedied.

I have instructed USCIS to collect data for all UACs who had asylum interviews during that time period who:

1. Had less than 21 days notice of the interview, and
2. Requested that their interview be rescheduled for the first time as of right or for good cause and were denied.

After the hearing, Melissa Crow advised that Plaintiffs will be able to produce to me a table of their clients who were affected by the above parameters, along with their A numbers, to provide to USCIS.

USCIS will be instructed to grant to any UAC that falls within the above parameters either a rescheduled interview date, or a continuation of their interview date.

I have asked USCIS to provide me with a reasonable expectation of how long it will take them to:

1. Collect all of the data of UACs who fall within the above parameters who were affected by non-compliance, and
2. The estimated timeline of remedy completion.

Once I receive that information, I will draft for your review a Joint Status Report.

Thank you,

Dayna Kipnis

Assistant United States Attorney

**U.S. Attorney's Office, District of Maryland**

36 South Charles Street, 4th Floor

Baltimore, Maryland 21201

(410) 209-4908

---

**From:** Kipnis, Dayna (USAMD)
**Sent:** Thursday, November 5, 2026 9:39 AM
**To:** 'Sara Haji' <shaji@trialimpact.org>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Mishan Wroe <mwroe@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Crow, Melissa <crowmelissa@uclawsf.edu>; Lynn Damiano

Pearson <damianopearson@nilc.org>; Hannah Comstock <Comstock@nilc.org>; Kevin Siegel <siegel@nilc.org>
**Subject:** RE: [The Door v. Edlow] TRO Noncompliance

Sara:

Attached is the redacted response from the Chicago Asylum Office rescheduling the interview and complying with the TRO's guaranteed first reschedule plus subsequent reschedules for good cause. Also, here are links to USCIS's website on reschedule requests with the special carve-out for UACs in accordance with the TRO found here, as well as the policy alert found here stating the updated interview rescheduling procedures do not apply to UACs

Dayna Kipnis

Assistant United States Attorney

**U.S. Attorney's Office, District of Maryland**

36 South Charles Street, 4th Floor

Baltimore, Maryland 21201

(410) 209-4908

---

**From:** Sara Haji <shaji@trialimpact.org>
**Sent:** Wednesday, November 4, 2026 12:19 PM
**To:** Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Mishan Wroe <mwroe@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Crow, Melissa <crowmelissa@uclawsf.edu>; Lynn Damiano Pearson <damianopearson@nilc.org>; Hannah Comstock <Comstock@nilc.org>; Kevin Siegel <siegel@nilc.org>
**Subject:** [EXTERNAL] Re: [The Door v. Edlow] TRO Noncompliance

Thank you for this update, Dayna. Can you please send us both the original guidance to AOs last week and the USCIS instruction you reference in your email below?

**Sara Haji**

**Executive Director**

Trial Impact Project

(213) 259-2501

This message is sent by a law firm and may contain privileged or confidential information. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments.

---

**From:** Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>
**Sent:** Wednesday, 04 November 2026 09:15:01
**To:** Sara Haji <shaji@trialimpact.org>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Mishan Wroe <mwroe@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Crow, Melissa <crowmelissa@uclawsf.edu>; Lynn Damiano Pearson <damianopearson@nilc.org>; Hannah Comstock <Comstock@nilc.org>; Kevin Siegel <siegel@nilc.org>
**Subject:** RE: [The Door v. Edlow] TRO Noncompliance

Dear Counsel:

This was an unfortunate oversight. The Chicago Asylum Office sent out a templated email response in this email chain without consideration of this TRO.  USCIS has instructed them and all asylum offices to correct this immediately and ensure that no other rescheduling requests for UACs were inappropriately denied since 10/31 in contravention of this TRO. In response, the Chicago Asylum Office will be replying to this email shortly agreeing to reschedule the interview and will be reviewing all other emails that were sent out since Friday to ensure reschedule requests for UACs are handled in accordance with this TRO.

Dayna Kipnis

Assistant United States Attorney

**U.S. Attorney's Office, District of Maryland**

36 South Charles Street, 4th Floor

Baltimore, Maryland 21201

(410) 209-4908

---

**From:** Sara Haji <shaji@trialimpact.org>
**Sent:** Tuesday, November 3, 2026 6:20 PM
**To:** Kipnis, Dayna (USAMD) <Dayna.Kipnis2@usdoj.gov>
**Cc:** Marjorie Menza <mmenza@trialimpact.org>; Mishan Wroe <mwroe@youthlaw.org>; Diane de Gramont <ddegramont@youthlaw.org>; Crow, Melissa <crowmelissa@uclawsf.edu>; Lynn Damiano Pearson <damianopearson@nilc.org>; Hannah Comstock <Comstock@nilc.org>; Kevin Siegel <siegel@nilc.org>
**Subject:** [EXTERNAL] [The Door v. Edlow] TRO Noncompliance

Dayna,

We are hearing very concerning reports of noncompliance with the Court's TRO, and we ask that you inform your clients immediately of these violations so they can be rectified. In addition to the concern raised by the Court in the letter order today, we have heard from our clients and other attorneys that asylum officers in the Newark and Boston offices have refused to reschedule interviews as a first request and/or for good cause. Additionally, we received the attached email today regarding a violation in the Chicago office that concerns an interview scheduled for 8:30am CT tomorrow.

Please confirm with Plaintiffs **by 9am ET tomorrow (Wednesday)** that you have addressed these issues with your clients and informed each office of its obligations under the TRO, particularly with respect to the interview that is currently scheduled for tomorrow morning. Please also share a copy of any guidance you've provided to USCIS offices to inform them of how to comply with the TRO. If necessary, Plaintiffs will file a report with the Court in advance of the telephonic hearing raising these issues.

Best,

Sara

**Sara Haji** (she/her)
**Executive Director**

(213) 259-2501

shaji@trialimpact.org

*New name, same mission:*

*Social Justice Legal Foundation is now the* ***Trial Impact Project****.*

This message is sent by a law firm and may contain privileged or confidential information. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments.