**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE DOOR, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, ~~DIRECTOR~~Director, USCIS, *et al.*<br><br>Defendants. | Civil Action No. 8:26-cv-04326-BAH |

**JOINT STATUS REPORT**

Pursuant to the Court's November 6, 2026 Order (ECF No. 63), the parties, through their undersigned counsel, submit this Joint Status Report to advise the Court of the steps Defendant United States Citizenship and Immigration Services ("USCIS") will take to remediate its non-compliance with the Temporary Restraining Order ("TRO") (ECF No. 54) from 12:00 p.m. on October 30, 2026, through 5:00 p.m. on November 5, 2026 ("TRO Noncompliance Period").

1. If an unaccompanied child ("UC") ~~UAC~~ received a failure to appear because of a denial of, or lack of response to, ~~of~~ a reschedule~~d~~ request made consistent with the TRO, USCIS will immediately vacate the failure to appear and contact the affected U~~A~~C and their counsel to offer a new interview date.

2. If a UC proceeded with an interview after their reschedule request was denied in violation of the TRO, USCIS will offer a new interview. If USCIS issued a referral on an interview held in violation of the TRO during the TRO Noncompliance Period, it will rescind that referral.

3. USCIS will ensure its asylum offices provide a timely response by phone or by email, within 24 hours whenever possible, to requests to reschedule interviews of U~~A~~Cs under the TRO. If an attorney requests to reschedule on the day of the interview, asylum officers will be instructed to grant the request if eligible under the TRO.

4~~3~~. USCIS has been instructed to collect data for all ~~Unaccompanied Alien Children (“UAC”)~~UCs ~~who were scheduled for an asylum interview during the TRO Noncompliance Period~~ who requested that their interviews be rescheduled for the first time as of right or subsequently for good cause ~~during the TRO Noncompliance Period~~ and whose requests were either denied or not responded to during the TRO Noncompliance Period. ~~Plaintiffs’ counsel will provide to USCIS a list of their affected clients.~~ USCIS will provide this data~~list~~ to each relevant asylum office by November 10 and direct the office to promptly reach out to reschedule interviews of affected U~~A~~Cs, including but not limited to those Plaintiffs identify through their own compilation of affected clients and non-clients.

5~~4~~. USCIS will create an email address to process these and other remedy requests, as well as future noncompliance notifications, from Plaintiffs or others affected by the TRO, and publish that email address on its website.

6. The Status Reports that Defendants are required to provide pursuant to the Court’s November 5, 2026 Order (ECF 63) shall include an anonymized list of noncompliance notifications received during the period covered by each Status Report and how such noncompliance has been addressed.

Dated: November 6, 2026

Respectfully submitted,

Kelly O. Hayes

United States Attorney

*/s/ Dayna Kipnis*

Dayna Kipnis, Bar number: 13673
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
Dayna.Kipnis2@usdoj.gov
(410) 209-4800

*Counsel for Defendants*

______________________

Melissa Crow
Director of Litigation
Center for Gender & Refugee Studies

*Counsel for Plaintiffs*