**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| THE DOOR, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, Director,<br>USCIS, *et al.*<br><br>Defendants. | Civil Action No. 8:26-cv-04326-BAH |

**PLAINTIFFS' RESPONSE TO THE COURT'S NOVEMBER 9, 2026 ORDER (ECF 66)**

Plaintiffs respectfully submit this response to the Court's letter order issued today, November 9, 2026 (ECF 66). Plaintiffs can and will send USCIS the names, A-numbers, and asylum offices for their clients who continue to require a remedy from USCIS for noncompliance because they requested rescheduling during the period of TRO noncompliance and their requests were denied for lack of exceptional circumstances, not responded to, or otherwise not acted on in a manner consistent with the TRO. *See* ECF 64 at 2 ¶ 6. Plaintiffs remain concerned that some unaccompanied children have not received responses to their rescheduling requests consistent with the TRO and are only able to reschedule their interviews after showing up in person at their appointment times and waiting at the asylum office, often for prolonged periods, to speak to a supervisor. *See, e.g.*, ECF 61-8 ¶¶ 5–6.

As Plaintiffs' counsel mentioned at the status conference on Thursday, November 5, they have also received emails from immigration practitioners who are not parties to this case but whose unaccompanied child clients have been affected by Defendants' noncompliance with the TRO. Over the weekend, Plaintiffs' counsel compiled and sent Defendants' counsel an initial

spreadsheet listing the names, A-numbers, asylum offices, counsel contact, and other available information for the unaccompanied children whose interviews were not rescheduled in accordance with the TRO and who reached out to Plaintiffs' counsel seeking assistance. Counsel for Defendants acknowledged receipt but has not confirmed that these interviews have been rescheduled in compliance with the TRO. Plaintiffs will continue to forward this information to Defendants in tranches as they and counsel receive it. These lists reflect only the cases that Plaintiffs and the practitioners who contacted them have learned about and that still require a remedy for noncompliance. They are likely not a complete account of Defendants' noncompliance or of the children affected, since only Defendants have access to the status of all rescheduling requests nationwide.

Dated: November 9, 2026

Respectfully submitted,

TRIAL IMPACT PROJECT

/s/ Sara Haji
Sara Haji, *pro hac vice*
Marjorie J. Menza, *pro hac vice*
523 W. 6th Street, Suite 450
Los Angeles, CA 90014
Telephone: (213) 542-5241
shaji@trialimpact.org
mmenza@trialimpact.org

NATIONAL IMMIGRATION LAW CENTER

Kevin Siegel, *pro hac vice*
P.O. Box 34573
Washington, DC 20043
Telephone: (202) 216-0261
Fax: (202) 216-0266
siegel@nilc.org

NATIONAL CENTER FOR YOUTH LAW

CENTER FOR GENDER & REFUGEE STUDIES

/s/ Melissa Crow
Melissa Crow (Bar No. 15622)
1901 Pennsylvania Avenue, NW
Suite 900, PMB 228
Washington, DC 20006
Telephone: (202) 355-4471
crowmelissa@uclawsf.edu

Robert Pauw, *pro hac vice* motion pending
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Telephone: (206) 682-1080
rpauw@ghp-law.net

NATIONAL IMMIGRATION LAW CENTER

Lynn Damiano Pearson, *pro hac vice*

Mishan Wroe, *pro hac vice*
Diane de Gramont, *pro hac vice*
Neha Desai, *pro hac vice*
428 13th Street, Floor 5
Oakland, CA 94612
Telephone: 510.920.8098
mwroe@youthlaw.org
ddegramont@youthlaw.org
ndesai@youthlaw.org

Hannah K. Comstock, *pro hac vice*
3450 Wilshire Blvd. #108 – 62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911
damianopearson@nilc.org
Comstock@nilc.org