**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE DOOR, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, DIRECTOR, USCIS, *et al.*<br><br>Defendant. | Civil Action No. 8:26-cv-04326-BAH |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's November 6, 2026 Order (ECF No. 63) and November 9, 2026 Order (ECF No. 66), Defendant, through their undersigned counsel, submits this Status Report to advise the Court of the steps Defendant United States Citizenship and Immigration Services ("USCIS") has taken to remediate its non-compliance with the Temporary Restraining Order ("TRO") (ECF No. 54) from 12:00 p.m. on October 30, 2026, through 5:00 p.m. on November 9, 2026 ("TRO Noncompliance Period"). Defendant also objects to Plaintiffs' proposed remedy that "USCIS will create an email address to process these and other remedy requests, as well as future noncompliance notifications, from Plaintiffs or others affected by the TRO, and publish that email address on its website," (ECF No. 65-3, at 1-2, ¶¶1-2) for the reasons set forth below:

### I. STATUS REPORT

1. Asylum offices have updated all template email response language for unaccompanied alien children (UACs) reschedule requests to remove "exceptional circumstances" language and include language from the TRO.

2. USCIS will continue to move forward with clearance of UAC-specific notices, which will allow USCIS to timely provide a response to requests to reschedule prior to the interview. As required by the TRO, if an attorney requests to reschedule on the day of the interview, the asylum office will grant the request if it is the UAC's first interview reschedule request and, if not an initial request, perform an evaluation of whether good cause exists to reschedule the interview as expeditiously as circumstances permit.

3. USCIS is reviewing all UACs asylum reschedule requests submitted after noon on October 30, 2026, that were either denied or not responded to. USCIS will evaluate those reschedule requests under the terms of the TRO and issue notices to the UACs and their legal representatives.

4. If a UAC received a failure to appear because of a denial of, or lack of response to, a reschedule request that is grantable under the TRO, including constructive denials where USCIS was unable to issue a response to the reschedule request made on short notice before the interview, USCIS will remove the failure to appear from its case management system and contact the affected UAC and their counsel to offer a new interview date.

5. If a UAC proceeded with an interview after their reschedule request was denied in violation of the TRO, USCIS will offer a new interview. USCIS is not aware of any UAC cases being referred to EOIR based on a failure to appear during the relevant period.

6. USCIS is updating internal guidance and template notices to help ensure compliance with this TRO. USCIS will provide additional instructions to asylum office staff with updated guidance and procedures consistent with the TRO. USCIS is updating templated language in reschedule notices to ensure compliance with this TRO.

7. USCIS is currently reviewing the list of alleged noncompliance provided by the Plaintiffs on November 9, 2026, and if noncompliance is found, USCIS will remedy the noncompliance pursuant to the terms of the TRO and provide notice to Plaintiffs as to the remedies. If noncompliance is not found, USCIS will provide Plaintiffs an explanation as to why no noncompliance was found.

**II. DEFENDANT'S REPONSE TO THE NOVEMBER 9, 2026 ORDER**

1. Defendant objects to setting up a centralized email address to process remedy requests as well as future noncompliance notifications from Plaintiffs or others affect by the TRO. This proposed remedy creates undue hardship for USCIS because individual asylum offices are responsible for scheduling the cases they are handling, and each of those offices already has an email address. Creating another email address overcomplicates a straightforward process where affected parties can email USCIS directly. It is also inappropriate for Plaintiffs' attorneys to contact represented parties directly without their attorney.

2. Should the Court agree with Plaintiffs' proposed remedy, as an alternative to creating one centralized email address, Defendants propose that asylum applicants reach out to the pre-established asylum office's public email inboxes for any issues with rescheduling their asylum interview. Individuals monitoring those email addresses are aware of the requirements of the TRO and are prioritizing those requests. Those email addresses are as follows:

Arlington - ArlingtonAsylum@uscis.dhs.gov
Atlanta - Atlanta-Asylum@uscis.dhs.gov
Boston - Bostonasylumoffice@uscis.dhs.gov
Chicago - Chicago.Asylum@uscis.dhs.gov
Houston - Houston.Asylum@uscis.dhs.gov
Los Angeles - LosAngelesAsylum@uscis.dhs.gov
Miami - Miami.Asylum@uscis.dhs.gov
New Orleans - Neworleans.asylum@uscis.dhs.gov
New York - NewYork.Asylum@uscis.dhs.gov
Newark - NewarkAsylumOfficeMailbox@uscis.dhs.gov

San Francisco - SanFranciscoAsylum@uscis.dhs.gov
Tampa Bay - Tampa-Asylum@uscis.dhs.gov

3. On November 9, 2026, Plaintiffs provided Defendants with a list of client names, A numbers, and asylum offices for their clients who requested rescheduling between October 30 and November 5. This list is currently under review by USCIS.

4. Defendants are compiling and will provide an anonymized list of UAC asylum reschedule requests, if any, that were either denied or resulted in a failure to appear during the TRO time period along with steps taken to remedy in accordance with the TRO.

5. USCIS is reviewing the Court's November 9, 2026 Order to determine whether Defendant's practice of issuing a written decision to a re-interview request is a departure from past practice.

Dated: November 9, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Dayna Kipnis*
Dayna Kipnis, Bar number: 13673
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
Dayna.Kipnis2@usdoj.gov
(410) 209-4800

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2026, I caused a copy of the forgoing to be served upon all registered parties through CM/ECF.

Dated: November 9, 2026

_____/s________________________
Dayna Kipnis
Assistant United States Attorney