**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE DOOR, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, DIRECTOR, USCIS, *et al.*<br><br>Defendant. | Civil Action No. 8:26-cv-04326-BAH |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's November 13, 2026 Order (ECF No. 75), Defendant, through their undersigned counsel, submits this Status Report to respond to the Court's questions regarding compliance and states in support as follows:

1. Defendants have updated two websites on USCIS.gov. First, Defendants updated https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/affirmative-asylum-frequently-asked-questions, which contains the list of email addresses under the relevant heading, "Affirmative Asylum Interviews," "What if I need to Reschedule the Interview?" Second, Defendants updated https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum under "Updated Interview Rescheduling Procedures for Affirmative Asylum Interviews" to direct UACs and their counsel to the first webpage with updated email addresses.

2. Because Defendants understand the Court's November 10, 2026 Order (ECF No. 70) to apply to not only cases reported by Plaintiffs, but also allegations of non-compliance from other UACs and their counsel, Defendants began implementing a process to receive and compile those

reports. Defendants anticipate being able to provide the first anonymized information with the status report on Friday, November 20, 2026.

Dated: November 13, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Dayna Kipnis*
Dayna Kipnis, Bar number: 13673
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
Dayna.Kipnis2@usdoj.gov
(410) 209-4800

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2026, I caused a copy of the forgoing to be served upon all registered parties through CM/ECF.

Dated: November 13, 2026

/s
Dayna Kipnis
Assistant United States Attorney