**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE DOOR, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, DIRECTOR, USCIS, *et al.*<br><br>Defendant. | Civil Action No. 8:26-cv-04326-BAH |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's November 6, 2026 Order (ECF No. 63) and November 13, 2026 Order (ECF No. 75), Defendants, through their undersigned counsel, submit this Status Report to respond to the Court's questions regarding compliance and states in support as follows:

1. Defendants issued guidance to the asylum offices requiring them to affirmatively compile a list all UAC reschedule requests received between October 30, 2026 and November 9, 2026, and the action taken on those requests.
2. USCIS is actively working through the three lists provided by Plaintiffs.
    a. To date, Defendants have rescheduled interviews in 16 cases identified by Plaintiffs.
3. USCIS is working to provide an anonymized list to this court for these status reports by Friday, November 20, 2026.

Dated: November 16, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Dayna Kipnis*
Dayna Kipnis, Bar number: 13673
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
Dayna.Kipnis2@usdoj.gov
(410) 209-4800

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2026, I caused a copy of the forgoing to be served upon all registered parties through CM/ECF.

Dated: November 16, 2026

*/s*
Dayna Kipnis
Assistant United States Attorney