**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| The Door, *et al.*,<br><br>Plaintiffs,<br>vs.<br><br>Joseph B. Edlow, *et al.*,<br><br>Defendants. | Case No. 26-CV-04326-BAH |

**PLAINTIFFS' NOTICE OF DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**

Plaintiffs file this Notice to inform the Court that Defendants did not oppose Plaintiffs' Motion for Expedited Discovery, ECF 69, and to request that the Court therefore decide the Motion on the timely filed moving papers. In accordance with the Court's November 6, 2026 Order, ECF 63, Plaintiffs filed their Motion for Expedited Discovery on November 9, 2026. Defendants were ordered to file any opposition seven days later, by November 16, 2026. *Id.* They did not.

Any opposition Defendants file now would be untimely and would prejudice Plaintiffs by disrupting the time-sensitive briefing schedules the Court has set. *See id.* To respond to a late opposition, Plaintiffs would need to extend their November 18 reply deadline. That extension would, in turn, either push Defendants' production past the close of briefing on Plaintiffs' Motion for Preliminary Injunction and Stay, ECF 74, or require extending the briefing schedule on that Motion so Plaintiffs can review and use the documents. Plaintiffs proposed the November 25, 2026 production date to fit within the set briefing schedules, giving Defendants

adequate time to produce the requested documents while making them available to Plaintiffs for their reply in support of the Motion for Preliminary Injunction and Stay.

Plaintiffs therefore respectfully request the Court decide the Motion for Expedited Discovery on the moving papers and order Defendant Executive Office for Immigration Review ("EOIR") to produce, by November 25, 2026, the administrative record for the Detained Docket Deadline. If EOIR represents that there is no Detained Docket Deadline and therefore no administrative record, Plaintiffs request that the Court order EOIR to produce, by the same date, the documents described in Request No. 2 of Exhibit A, ECF 69-1.

Dated: November 18, 2026

Respectfully submitted,

TRIAL IMPACT PROJECT

/s/ Sara Haji
Sara Haji, *pro hac vice*
Marjorie J. Menza, *pro hac vice*
523 W. 6th Street, Suite 450
Los Angeles, CA 90014
Telephone: (213) 542-5241
shaji@trialimpact.org
mmenza@trialimpact.org

NATIONAL IMMIGRATION LAW CENTER

/s/ Kevin Siegel
Kevin Siegel, *pro hac vice*
Farah Khan (Bar No. 32643)
P.O. Box 34573
Washington, DC 20043
Telephone: (202) 216-0261
Fax: (202) 216-0266
siegel@nilc.org
fkhan@nilc.org

NATIONAL CENTER FOR YOUTH LAW

CENTER FOR GENDER & REFUGEE STUDIES

/s/ Melissa Crow
Melissa Crow (Bar No. 15622)
1901 Pennsylvania Avenue, NW
Suite 900, PMB 228
Washington, DC 20006
Telephone: (202) 355-4471
crowmelissa@uclawsf.edu

/s/ Robert Pauw
Robert Pauw, *pro hac vice* motion pending
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Telephone: (206) 682-1080
rpauw@ghp-law.net

NATIONAL IMMIGRATION LAW CENTER

/s/Lynn Damiano Pearson
Lynn Damiano Pearson, *pro hac vice*

*/s/ Mishan Wroe*
Mishan Wroe, *pro hac vice*
Diane de Gramont, *pro hac vice*
Neha Desai, *pro hac vice*
428 13th Street, Floor 5
Oakland, CA 94612
Telephone: 510.920.8098
mwroe@youthlaw.org
ddegramont@youthlaw.org
ndesai@youthlaw.org

Hannah K. Comstock, *pro hac vice*
3450 Wilshire Blvd. #108 – 62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911
damianopearson@nilc.org
Comstock@nilc.org