**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE DOOR, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, DIRECTOR, USCIS, *et al.*<br><br>Defendant. | Civil Action No. 8:26-cv-04326-BAH |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's November 6, 2026 Order (ECF No. 63) and November 13, 2026 Order (ECF No. 75), Defendants, through their undersigned counsel, submit this Status Report to respond to the Court's questions regarding compliance and states in support as follows:

1. Defendants issued guidance to the asylum offices requiring them to affirmatively compile a list all UAC reschedule requests received between October 30, 2026, and November 9, 2026, and the action taken on those requests.
2. USCIS is actively working through the four lists provided by Plaintiffs.
   a. To date, Defendants have rescheduled interviews in 86% of cases identified by Plaintiffs.
3. USCIS is working to provide an anonymized list to this court for these status reports by Friday, November 20, 2026.

Additionally, in response to Plaintiff's Response to Defendants' November 16 Status Report, ECF 81:

1. Email Templates: USCIS has confirmed that the asylum offices are aware of and complying with the TRO. In the specific instances that the Plaintiffs allege, ECF 81 at 3-4, while Defendants strongly disagree that the identified email templates, alone, would violate the TRO, particularly where the actual action taken (rescheduling) was in accordance with the TRO, USCIS is working to ensure that the templated responses identified by Plaintiffs are no longer sent to UAC applicants.

2. Failure to Appear Notices: The Online Case Status showing Failure to Appear for UAC applicants who submitted a reschedule request is being updated in accordance with the TRO. As the Plaintiffs acknowledge, "[a]s of November 17, 2026, Plaintiffs' counsel learned from the affected attorneys that these Failure to Appear notices were vacated and their clients' asylum interviews were rescheduled." ECF 81 at 5. USCIS is working diligently to update Failure to Appear case statuses to reflect approved interview reschedules and reschedule UACs for interviews in accordance with the TRO.

Dated: November 18, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Dayna Kipnis*

Dayna Kipnis, Bar number: 13673
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
Dayna.Kipnis2@usdoj.gov
(410) 209-4800

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2026, I caused a copy of the forgoing to be served upon all registered parties through CM/ECF.

Dated: November 18, 2026

_____/s________________________
Dayna Kipnis
Assistant United States Attorney