**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE DOOR, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, DIRECTOR, USCIS, *et al.*<br><br>Defendant. | Civil Action No. 8:26-cv-04326-BAH |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's November 6, 2026 Order (ECF No. 63) and November 13, 2026 Order (ECF No. 75), Defendants, through their undersigned counsel, submit this Status Report to respond to the Court's questions regarding compliance and states in support as follows:

1. Defendants updated additional public facing webpages:

    a. The "Emma" chatbot

    b. https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum (under "ALERT: Updated Interview Rescheduling Procedures for Affirmative Asylum Interviews")

    c. https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/preparing-for-your-affirmative-asylum-interview (under "Rescheduling Your Affirmative Asylum Interview").

    d. https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/affirmative-asylum-frequently-asked-questions (under "What if I Need to Reschedule the Interview?")

2. USCIS is actively working through the five lists of alleged noncompliance provided by Plaintiffs.

   a. For the first four lists, Defendants have rescheduled 46 out of 47 (98%) interviews in cases identified by Plaintiffs.

   b. From Plaintiff's November 18, 2026 list, one out of three cases identified has been rescheduled.

3. USCIS's anonymized list of noncompliance and reschedule notifications are as follows:

   a. Defendants issued guidance to the asylum offices requiring them to affirmatively compile a list all UAC reschedule requests received between October 30, 2026, and November 9, 2026, and the action taken on those requests. Asylum offices reporting having received approximately 645 total requests to reschedule from UACs and their attorneys. Of those requests, 60% have been rescheduled and the remaining 40% are under review.

   b. In light of a significant number of cases being rescheduled, Defendants continue to review allegations of noncompliance. USCIS has issued guidance to asylum field offices asking them to hold on referring any UAC interviewed after October 30, 2026, to immigration court until compliance with TRO can be determined.

Moreover, Defendants respectfully request that the Court modify Paragraph 3 of ECF No. 63 at p. 3, which currently directs Defendants to submit a status report every 48 hours for the duration of the TRO. Defendants propose, instead, that status reports be filed each Friday by 5:00 p.m. while the TRO remains in effect. This modification will provide Plaintiffs and the

Court with timely, accurate, and meaningful updates regarding Defendants' compliance with the Court's Order.

Dated: November 20, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Dayna Kipnis*
Dayna Kipnis, Bar number: 13673
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
Dayna.Kipnis2@usdoj.gov
(410) 209-4800

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2026, I caused a copy of the forgoing to be served upon all registered parties through CM/ECF.

Dated: November 20, 2026

*/s*
Dayna Kipnis
Assistant United States Attorney