**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE DOOR, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, DIRECTOR, USCIS, *et al.*<br><br>Defendant. | Civil Action No. 8:26-cv-04326-BAH |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's November 6, 2026 Order (ECF No. 63) and November 13, 2026 Order (ECF No. 75), Defendants, through their undersigned counsel, submit this Status Report to respond to the Court's questions regarding compliance and states in support as follows:

1. From Friday, November 20 through Monday November 23, USCIS received three additional allegations of TRO non-compliance. USCIS has rescheduled the asylum interview in all three of those cases, two at Arlington and one at the Los Angeles asylum offices.
2. USCIS continues working toward identifying any case that was referred or re-referred to an immigration judge and is developing procedures for implementing rescissions where required by the court. Rescinding a referral is an entirely novel concept, requiring significant resources to create, vet through mandatory agency clearance, and properly implement the rescission process.

Moreover, Defendants again respectfully request that the Court modify Paragraph 3 of ECF No. 63 at p. 3, which currently directs Defendants to submit a status report every 48 hours for the duration of the TRO. Defendants propose, instead, that status reports be filed each Friday by 5:00 p.m. while the TRO remains in effect. This modification will provide Plaintiffs and the Court with timely, accurate, and meaningful updates regarding Defendants' compliance with the Court's Order.

Dated: November 23, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Dayna Kipnis*
Dayna Kipnis, Bar number: 13673
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
Dayna.Kipnis2@usdoj.gov
(410) 209-4800

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of November, 2026, I caused a copy of the forgoing to be served upon all registered parties through CM/ECF.

Dated: November 23, 2026

*/s*
Dayna Kipnis
Assistant United States Attorney