**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE DOOR, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, DIRECTOR, USCIS, *et al.*<br><br>Defendant. | Civil Action No. 8:26-cv-04326-BAH |

**ORDER**

Upon consideration of Defendant's November 23, 2026 Status Report filed pursuant to ECF Nos. 60 and 75, the Court hereby approves and adopts Defendant's Status Report, and it is further

ORDERED that Paragraph 3 of the Court's Order (ECF No. 63) is amended to replace the requirement that Defendants submit status reports every 48 hours. In lieu thereof, Defendants shall file a status report on or before each Friday by 5:00 p.m. for the duration of the Temporary Restraining Order.

Dated:

______________________________
Brendan A. Hurson
United States District Court Judge