**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE DOOR, *et al*.<br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, DIRECTOR, USCIS, *et al.*<br><br>Defendant. | Civil Action No. 8:26-cv-04326-BAH |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND STAY AND REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION OF TEMPORARY RESTRAINING ORDER**

Defendants, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 65, files this Opposition to Plaintiffs' Motion for Preliminary Injunction and Stay (ECF No. 74), and Reply to Plaintiffs' Opposition to Defendants' Motion for Reconsideration (ECF No. 54) of Temporary Restraining Order (ECF No. 63). Defendants separately file a Memorandum in Support.

Dated:

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_/s/ Dayna Kipnis____
Dayna Kipnis, Bar number: 13673
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
Dayna.Kipnis2@usdoj.gov
(410) 209-4800

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November, 2026, a copy of the foregoing Motion and accompanying documents was served to all parties of record via CM/ECF.

_Dayna Kipnis_______________
Dayna Kipnis
Assistant United States Attorney