**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE DOOR, *et al*.<br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, DIRECTOR, USCIS, *et al.*<br><br>Defendant. | Civil Action No. 8:26-cv-04326-BAH |

**ORDER**

Upon Consideration of Defendants' Opposition to Plaintiff' Motion for Preliminary Injunction and Reply to Plaintiffs' Opposition to the Motion to Reconsider, it is hereby

ORDERED that Defendants' Motion is Granted, and it is further

ORDERED that the October 30, 2026 Temporary Restraining Order is hereby dissolved.

Dated:

______________________________
Brendan A. Hurson
United States District Court Judge